UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
PHILIP CARLUCCI

          Plaintiffs,

               -against-

DOUGLAS CARABALLO

          Defendant(s),
----------------------------------------------------------X

Civil Action No.: 17-cv-6379- ADS-ARL

**STIPULATION**

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for Plaintiff Philip Carlucci and Defendant Douglas Caraballo that the Discovery Scheduling Order in this matter is hereby extended to as follows:

February 8, 2019 – All discovery to be completed.

March 1, 2019 – Dispositive motions to be filed.

March 11, 2019 – Final conference before magistrate Judge Lindsay.

      Defendant's deposition has occurred and there are currently three additional depositions scheduled in 2018.  This Stipulation is necessary in order to complete remaining depositions, whereby the parties are attempting to accommodate the witnesses' schedules.  No further requests for adjournment will be made.

Dated: New York, New York
       December 4, 2018

Lewis Baach Kaufmann Middlemiss PLLC

BY: _____

Jason H. Berland, Esq. (JB4136)
The Chrysler Building
405 Lexington Avenue, 62nd Floor
New York, New York 10174
T: (212) 879-1973
E-mail:Jason.berland@lbkmlaw.com
*Attorneys for Plaintiff Philip Carlucci*

_____

Douglas Caraballo
8215 SW 72nd Ave, Apt. 722
Miami, Florida  33143
Tel.: (305) 833-6180
E-mail: dcaraballo2@icloud.com
*Pro Se Defendant*

SO ORDERED:

_____
Hon. Arlene R. Lindsay
U.S. Magistrate Judge